No. 81–1453. SOUTH DAKOTA *v.* NEVILLE. Sup. Ct. S. D. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. 

No. 81–1463. UNITED STATES *v.* HASTING ET AL. C. A. 7th Cir. Motions of respondents Kevin Wendell Anderson, Gable Gibson, Gregory Lamont Williams, Kelvin Hasting, and Napoleon Stewart for leave to proceed *in forma pauperis* granted. Certiorari granted. 

No. 81–1618. WEYERHAEUSER CO. ET AL. *v.* LYMAN LAMB CO. ET AL.; and

No. 81–1619. GEORGIA-PACIFIC CORP. *v.* LYMAN LAMB CO. ET AL. C. A. 5th Cir. Motions of Chamber of Commerce of the United States, Business Roundtable, and National Association of Manufacturers for leave to file briefs as *amici curiae* granted. Motion of Bowie-Sims-Prange, Inc., et al. for leave to file a brief as *amici curiae* in No. 81–1618 granted. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. JUSTICE WHITE and JUSTICE O'CONNOR took no part in the consideration or decision of these motions and these petitions. Reported below: 655 F. 2d 627.

No. 81–1810. NARANJO ET AL. *v.* CORRIZ. C. A. 10th Cir. Certiorari granted limited to Questions 1 and 2 presented by the petition. 

No. 81–155. BOARD OF TRUSTEES OF INSTITUTIONS OF HIGHER EDUCATION ET AL. *v.* MISSISSIPPI COUNCIL ON HUMAN RELATIONS ET AL. C. A. 5th Cir. Certiorari denied.